```
┌─────────────────────────────────────────┐
│ ____FILED          ____RECEIVED          │
│ ____ENTERED        ____SERVED ON         │
│           COUNSEL/PARTIES OF RECORD      │
│  ┌────────────────────────────────────┐  │
│  │         SEP - 4 2013               │  │
│  │                                    │  │
│  └────────────────────────────────────┘  │
│        CLERK US DISTRICT COURT           │
│         DISTRICT OF NEVADA               │
│ BY:_____DEPUTY   │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL | **MINUTES OF COURT** |
|---|---|
| REPORTS OF THE REGULAR GRAND JURY | |
| THE **January 22, 2013** TERM. **13-01** | DATE: September 4, 2013 @ 1:03 PM – 1:05 PM |

PRESENT:     The Honorable     Carl W. Hoffman ,     U.S. Magistrate Judge.

DEPUTY CLERK:          Henry Enriquez          REPORTER:     Phyllis Wright

UNITED STATES ATTORNEY:     Andrew Duncan     COURTROOM:     3C

A roll call of the Grand Jury is taken with **19** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed  as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| **2:13-CR-343** | **DEMARCUS HOPKINS**<br>**(STATE CUSTODY - CCDC – WRIT FILED)** | **WARRANT** |
| **2:13-CR-344** | **WILLIAM JAMES JONES**<br>**(STATE CUSTODY - CCDC – WRIT FILED)** | **WARRANT** |
| **2:13-CR-345** | **TEVIN JEROME GREER**<br>**(STATE CUSTODY - CCDC – WRIT FILED)** | **WARRANT** |
| **2:13-CR-346** | **KELLY CARN** | **WARRANT** |
| **2:13-CR-347** | **MIGUEL DELOA** | **WARRANT** |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:13-CR-343**, **2:13-CR-344** & **2:13-CR-345** will be held on **Wednesday, September 18, 2013 @ 3:00 pm** before **MAGISTRATE JUDGE PEGGY A. LEEN in Courtroom 3B**.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.


LANCE S. WILSON, Clerk
United States District Court


/S/ Henry Enriquez

Deputy Clerk