FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 4 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:13-cr- |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR DEMARCUS DARRELL HOPKINS (ID#) 2653749 |
| vs. | |
| DEMARCUS DARRELL HOPKINS, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DEMARCUS DARRELL HOPKINS** before the United States District Court at Las Vegas, Nevada, on or about

I/A & A/P Wed: 9/18/13
3:00 PM  PAL 3B

the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 4, 2013

_____
UNITED STATES MAGISTRATE JUDGE



DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:13-cr- 343 |
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR DEMARCUS DARRELL HOPKINS |
| vs. | |
| DEMARCUS DARRELL HOPKINS, | (ID#) 2653749 |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **DEMARCUS DARRELL HOPKINS**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **DEMARCUS DARRELL HOPKINS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **DEMARCUS DARRELL HOPKINS** may be present before the United States District Court for the District of Nevada, at City, State, on I/A & A/P Wed: 9/18/13  3:00 PM  PAL 3B  hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **DEMARCUS DARRELL HOPKINS** before the United States District Court on or ab I/A & A/P Wed: 9/18/13  3:00 PM  PAL 3B  hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United

| | |
|---|---|
| 1 | |
| 2 | States Magistrate or District Judge for the District of Nevada. |
| 3 | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad |
| 4 | Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, |
| 5 | Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding |
| 6 | them to produce the said **DEMARCUS DARRELL HOPKINS** before the United States |
| 7 | District Court on or a [I/A & A/P Wed: 9/18/13  3:00 PM  PAL 3B] the hour of 3:00 p.m., for arraignment and from |
| 8 | time to time and day to day thereafter, at such times and places as may be ordered and directed |
| 9 | by the Court entitled above, to appear before the Court, and when excused by the said Court, to |
| 10 | be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada. |
| 11 | DATED this 4th day of September, 2013. |

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

[signature]

PHILLIP N. SMITH, JR.
Assistant United States Attorney

2