# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>DEMARCUS DARRELL HOPKINS,<br><br>Defendant. | Case No.: 2:13-cr-343<br><br>WRIT OF HABEUS CORPUS<br>AD PROSEDUENDUM FOR<br>DEMARCUS DARRELL HOPKINS<br><br>(ID#) 2653749 |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
SEP - 4 2013
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: WARDEN,
CLARK COUNTY DETENTION CENTER
LAS VEGAS, NEVADA
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

### GREETINGS:

WE COMMAND that you have the body of **DEMARCUS DARRELL HOPKINS**, detained in the custody of the Warden, Clark County Detention Center before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or

I/A & A/P Wed: 9/18/13
at 3:00 PM PAL 3B

the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said **DEMARCUS DARRELL HOPKINS** is released and discharged by the said Court; and that you shall thereafter return the said **DEMARCUS DARRELL HOPKINS** to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: September 4, 2013

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

09/04/2013   Las Vegas, Nevada
DATE