AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:13-cr- 343 |
| DEMARCUS DARRELL HOPKINS | ) |
| *Defendant* | ) |

2013 SEP 18 P 1:17

2013 SEP 4 PM 3:15 RECEIVED UNITED STATES MARSHAL DISTRICT OF NEVADA

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DEMARCUS DARRELL HOPKINS,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

09/04/2013   Las Vegas, Nevada
DATE

### Return

This warrant was received on *(date)* 9/4/13, and the person was arrested on *(date)* 9/18/13
at *(city and state)* WRIT FROM CCDC.

Date: 9/18/13

*Arresting officer's signature*

*Printed name and title*