RENE L. VALLADARES
Federal Public Defender

Assistant Federal Public Defender

Counsel for: DEMARCUS HOPKINS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEMARCUS HOPKINS<br><br>　　　　　Defendant. | **DEFENDANT'S WAIVER OF TEMPORARY RIGHT TO CUSTODY UNDER THE INTERSTATE AGREEMENT ON DETAINER'S ACT**<br><br>2:13-CR-343 |

I, Demarcus Hopkins, acknowledge my rights as provided by the Interstate Agreement on Detainers Act. As a prisoner already incarcerated in another jurisdiction, the "anti-shuttling" provision of the Interstate Agreement on Detainers Act, 18 U.S.C. app. 2, Art. IV(e), entitles me to temporary custody in the federal system so that prosecution against me for federal charges may be had. I understand that the federal government must not return me to my original place of imprisonment prior to trial. Thus, having been duly informed of these rights, I hereby waive my right to temporary federal custody in a suitable jail or other facility. Instead, I invoke the right to await federal prosecution in state custody.

DATED THIS 18th DAY OF September 2013

　　　　　　　　　　　　　　　　　　　／Demarcus Hopkins
　　　　　　　　　　　　　　　　　　　DEFENDANT