RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Demarcus Darrell Hopkins

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DEMARCUS DARRELL HOPKINS,<br><br>            Defendant. | 2:13-cr-343-JAD-PAL<br><br>**NOTICE OF APPEARANCE** |

   NOTICE is hereby given that Assistant Federal Public Defender RACHEL KORENBLAT, will serve as counsel for the above-captioned defendant.

   Counsel's address is as follows:

     Federal Public Defender
     411 E. Bonneville Avenue, Suite 250
     Las Vegas, Nevada 89101

   DATED this 19th day of September, 2013.

            RENE L. VALLADARES
            Federal Public Defender

            */s/ Rachel Korenblat*
            RACHEL KORENBLAT
            Assistant Federal Public Defender

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 19, 2013, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR
Assistant United States Attorney
333 Las Vegas Blvd. So. 5th Floor
Las Vegas, NV 89101

   /s/ Karen Meyer
Employee of the Federal Public Defender